**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | May 17, 2016 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Jason Cyrulnik
Boies, Schiller & Flexner
333 Main Street
Armonk, NY 10504

**RE:**     **16-4040, SCO Group v. IBM**
            Dist/Ag docket: 2:03-CV-00294-DN

Dear Counsel:

In previous correspondence, we notified you that you were not a member of the bar of this court. At that time, we directed you to our website to complete the Application and Oath for Admission form. See www.ca10.uscourts.gov/clerk/atty. We have checked our records, however, and find you have not yet been admitted.

Please complete and submit the admission application form within ten days of the date of this letter. You may pay the $225.00 fee via check (made out to "Elisabeth A. Shumaker, Clerk"), or may now pay online. Instructions for payment can be found on the court's website. As we noted in our prior correspondence, the fee is waived if you represent the United States or any federal agency, or have been appointed by the court to represent a party on appeal. *See* 10th Cir. R. 46.2(B).

If you fail to complete these admission procedures, your name will be stricken from the docket of this case and no further notices, orders or other correspondence will be mailed to you in connection with the proceeding. *See* 10th Cir. R. 46.2(A). If you are stricken from the docket you must notify your client. Failure to do so may result in disciplinary action being taken against you. *See* Addendum III, Plan for Attorney Disciplinary Enforcement, Section 2.3. Please submit your completed application within 10 days of the date of this letter.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/rls