FILED
United States Court of Appeals
Tenth Circuit

**March 22, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

THE SCO GROUP, INC., a Delaware
corporation,

      Plaintiff Counterclaim Defendant -
      Appellant,

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

      Defendant Counterclaimant -
      Appellee.

No. 16-4040

_____

## ORDER

_____

Before **KELLY**, **EBEL**, and **BACHARACH**, Circuit Judges.

_____

      This matter was argued by counsel and submitted to the court.  Edward Normand
argued for the Appellant.  David Marriott argued for the Appellee.

Entered for the Court

ELISABETH A. SHUMAKER
Clerk of the Court